**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01560-REB-PAC

PATRICIA CHAMBERLAND, M.D.,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation to Dismiss Case With Prejudice** [#11], filed October 13, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation to Dismiss Case With Prejudice** [#11], filed October 13, 2006, is **APPROVED**; and

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 16, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn
                                                United States District Judge**